12 A.3d 748

Robert FEHNEL, Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS;
Pennsylvania Board of Probation and Parole,
Appellees.

Supreme Court of Pennsylvania.

Feb. 22, 2011.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of February, 2011, the Order of the Commonwealth Court is hereby AFFIRMED.